UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

 -v-

 Edward Navedo ,
                Defendant.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2021

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

21 Cr. 329 (AT)

Defendant __Edward Navedo__ hereby voluntarily consents to participate in the following proceeding via teleconferencing:

- ___ Initial Appearance/Appointment of Counsel
- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- ___ Preliminary Hearing on Felony Complaint
- ___ Bail/Revocation/Detention Hearing
- _x_ Status and/or Scheduling Conference
- ___ Misdemeanor Plea/Trial/Sentence

/s/ Edward Navedo /NPK
**Defendant's Signature**

*Neil Kelly* (signature)
**Defense Counsel's Signature**

(Judge may obtain verbal consent on Record and Sign for Defendant)

Edward Navedo
**Print Defendant's Name**

Neil P. Kelly
**Print Defense Counsel's Name**

This proceeding was conducted by reliable teleconferencing technology.

5/26/2021
**Date**

_____
ANALISA TORRES
United States District Judge