USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDWARD NAVEDO,

                       Defendants.

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The bail hearing scheduled for June 21, 2021, at 11:00 a.m. is ADJOURNED to **June 23, 2021**, at **9:00 a.m**. The proceeding will take place in accordance with the procedures outlined in ECF No. 16.

      SO ORDERED.

Dated: June 21, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge