UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

Edward Navedo ,
                      Defendant(s).
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/2021

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 329 (AT)( )

Defendant  Edward Navedo  hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

_X_ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

/s/ Edward Navedo/NPK
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Edward Navedo**
Print Defendant's Name

/s/ Neil Kelly
Defense Counsel's Signature

**Neil P. Kelly**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

6/23/2021
Date

ANALISA TORRES
United States District Judge