

U.S. Department...

United States...
Southern District...

The Silvio J. Mollo B...
One Saint Andrew's ...
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/2021

July 9, 2021

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Edward Navedo*, 21 Cr. 329 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter on behalf of both parties in advance of the conference currently scheduled for July 19, 2021, at 11:00 A.M., to request an adjournment to a time convenient for the Court on or before September 10, 2021. There have been no prior requests for adjournments in this case.

    The requested adjournment will allow the defendant to continue to review discovery, and will permit additional time for any discussions among the parties regarding a pretrial resolution of this matter. Accordingly, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from July 19 through the date of any newly-scheduled conference. The Government has conferred with counsel for the defendant, who consents to an adjournment and to an exclusion of time through September 10, 2021.

                         Respectfully submitted,

                         AUDREY STRAUSS
                         United States Attorney
                         Southern District of New York

       By:        /s/
                Jarrod L. Schaeffer
                Assistant United States Attorney
                Tel: (212) 637-2270

GRANTED. The status conference scheduled for July 19, 2021, is ADJOURNED to September 9, 2021, at 9:00 a.m. Time until September 9, 2021, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue discussions regarding pretrial dispositions.

SO ORDERED.

Dated: July 12, 2021
       New York, New York

                         ANALISA TORRES
                         United States District Judge