```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDWARD NAVEDO,

                Defendant.

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a bail reconsideration hearing in this action on **September 23, 2021**, at **11:00 a.m.**

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: September 9, 2021
       New York, New York

                                                    ANALISA TORRES
                                           United States District Judge