USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDWARD NAVEDO,

                Defendant.

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The bail reconsideration hearing in this action scheduled for September 23, 2021, at 11:00 a.m. is RESCHEDULED to **September 23, 2021**, at **10:30 a.m.**

    SO ORDERED.

Dated: September 13, 2021
       New York, New York

ANALISA TORRES
United States District Judge