```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

           -v-

Edward Navedo          ,

           Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

21 -CR- 329 (AT) (__)

Defendant __Edward Navedo_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___   Initial Appearance/Appointment of Counsel

___   Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Preliminary Hearing on Felony Complaint

_X_   Bail/Revocation/Detention Hearing

___   Status and/or Scheduling Conference

___   Misdemeanor Plea/Trial/Sentence


/s/ Edward Navedo/NPK
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Edward Navedo**
_____
Print Defendant's Name

_____
Defense Counsel's Signature

**Neil P. Kelly**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_September 23, 2021_
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge