**U.S. Depart**ment of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo
One Saint Andrew's Plaza
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/9/2021_

November 8, 2021

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Edward Navedo*, 21 Cr. 329 (AT)

Dear Judge Torres:

The Government respectfully submits this letter on behalf of both parties in advance of the conference currently scheduled for November 22, 2021, at 1:00 P.M., to request an adjournment for approximately thirty (30) days. There have been two prior requests for adjournments, which were granted on July 12, 2021, and October 7, 2021, respectively. (ECF Nos. 20, 33.)

The requested adjournment will permit additional time for discussions among the parties regarding a pretrial resolution of this matter. Accordingly, the Government further requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from October 19 through the date of the newly-scheduled conference. The Government has conferred with counsel for the defendant, who consents to the adjournment and exclusion of time.

GRANTED. The status conference scheduled for November 22, 2021, is ADJOURNED to **January 3, 2022**, at **10:00 a.m.** Time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), is excluded because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow the parties to continue their discussions regarding a disposition in this case.

SO ORDERED.

Dated: November 9, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge