```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2021___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDWARD NAVEDO,

                       Defendant.

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for January 3, 2022, is ADJOURNED to **January 4, 2022**, at **3:00 p.m.**, at which time the Court shall hold a change of plea hearing for Defendant Edward Navedo.  The plea hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse.  To gain entry to 500 Pearl Street, follow the instructions provided here:

      https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

      All individuals must practice social distancing at all times in the courthouse.  Individuals must wear a mask that covers their nose and mouth at all times in the courthouse.  Bandanas, gaiters, and masks with valves are not permitted.

      SO ORDERED.

Dated: December 13, 2021
       New York, New York

                                            ANALISA TORRES
                                           United States District Judge