|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>UNITED STATES OF AMERICA,<br><br>-against-<br><br>EDWARD NAVEDO,<br><br>Defendant. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: <u>12/28/2021</u><br><br>21 Cr. 329 (AT)<br><br>**<u>ORDER</u>** |

ANALISA TORRES, District Judge:

  The plea hearing in this matter scheduled for January 4, 2022, is ADJOURNED to **January 11, 2022**, at **10:30 a.m.**, and shall proceed via videoconference. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that felony plea hearings cannot in all instances be conducted in person without seriously jeopardizing public health and safety and permitting such proceedings to proceed via videoconferencing). Chambers shall provide the parties with instructions on accessing the hearing.

  To optimize the quality of the video feed, only the Court, the Defendant, defense counsel, and counsel for the Government will appear by video for the proceeding; all others will participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(888) 398-2342**, and using access code **5598827.**

  SO ORDERED.

Dated: December 28, 2021
   New York, New York

                            _____
                             ANALISA TORRES
                           United States District Judge