```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                -against-                                    21 Cr. 329 (AT)

EDWARD NAVEDO,
                                                               **ORDER**
                                    Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/11/2022

ANALISA TORRES, District Judge:

       The sentencing in this matter scheduled for May 14, 2022, is RESCHEDULED to **May 10, 2022**, at **11:00 a.m.** Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

       SO ORDERED.

Dated: April 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge