USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

EDWARD NAVEDO,

                     Defendant.

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter scheduled for May 10, 2022, is ADJOURNED to **May 11, 2022**, at **11:00 a.m.** Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

    SO ORDERED.

Dated: April 12, 2022
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge