UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

EDWARD NAVEDO,

Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/2022___
```

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing in this matter scheduled for May 11, 2022, is ADJOURNED to **June 7, 2022**, at **3:00 p.m.**  Defendant's submissions are due two weeks prior to sentencing.  The Government's submissions are due one week prior to sentencing.

SO ORDERED.

Dated: May 2, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge