UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

EDWARD NAVEDO,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2022\_\_\_

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter scheduled for June 7, 2022, is ADJOURNED to **June 14, 2022**, at **1:00 p.m.** Defendant's submissions are due two weeks prior to sentencing. The Government's submissions are due one week prior to sentencing.

    SO ORDERED.

Dated: May 11, 2022
       New York, New York

ANALISA TORRES
United States District Judge