UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

EDWARD NAVEDO,

                  Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED DOC #:
_____
DATE FILED: 6/8/2022___

21 Cr. 329 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing in this matter scheduled for June 14, 2022 at 1:00 p.m. is RESCHEDULED to **June 14, 2022**, at **11:00 a.m.**

    SO ORDERED.

Dated: June 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge